UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-198-BRO (SP) | Date | August 17, 2015 |
|---|---|---|---|
| Title | CHARLES COOKS v. LOS ANGELES COUNTY JAIL, et al. | | |

| Present: The Honorable | **Sheri Pym, United States Magistrate Judge** | |
|---|---|---|
| Kimberly Carter | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff(s):   Attorneys Present for Defendant(s):

None Appearing   None Appearing

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY COMPLAINT SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On January 9, 2015, plaintiff Charles Cooks, a California prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. His complaint alleged that his civil rights were violated when his legal charges were revealed to other inmates, endangering his safety, and when his legal mail was delayed and opened. On June 29, 2015, this court, having completed screening of the complaint, dismissed it with leave to file a First Amended Complaint by July 29, 2015. More than two weeks having passed beyond this deadline, the court has not received a First Amended Complaint or any other communication from plaintiff.

Accordingly, within **twenty-one (21)** days of the date of this Order, that is, by **September 7, 2015**, plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with a court order. Plaintiff is cautioned that his failure to timely file a response to this Order to Show Cause will be deemed by the court as consent to the dismissal of this action without prejudice. In the event plaintiff wishes to voluntarily dismiss this action, plaintiff may complete and return the enclosed Notice of Dismissal form by September 7, 2015.

If plaintiff files a First Amended Complaint by **September 7, 2015**, this Order to Show Cause will be automatically discharged, and plaintiff need not respond to it separately.