JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES COOKS, | ) | Case No. CV 15-198-BRO (SP) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| LOS ANGELES COUNTY JAIL, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Memorandum and Order Dismissing Action for Failure to Prosecute,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without prejudice.

Dated: October 20, 2015

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE